THE STATE OF IOWA, Appellee, v. P. HESTER, Appellant.

Liquor Nuisance: INDICTMENT: APPEAL: SUBMISSION ON TRANSCRIPT NOT CONTAINING EVIDENCE.

*Appeal from Palo Alto District Court.*—HON. LOT THOMAS, Judge.

SATURDAY, MAY 28, 1892.

THE defendant was indicted for keeping a nuisance by unlawfully keeping for sale and selling intoxicating liquors in a certain building. He pleaded not guilty, and was tried by a jury, and convicted of the offense, and from a judgment on the verdict he appeals.

*John Y. Stone,* Attorney General, for the state.

No appearance for appellee.

PER CURIAM.—The appeal is presented to us upon a transcript of an in dictment and record entries of a trial by jury, and a verdict of guilt and judgment on the verdict, and an appeal. There is no transcript of the evidence, nor of the instructions given by the court to the jury. We have examined the record as presented, and discover no reason for disturbing the judgment of the district court. AFFIRMED.